# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, | 1:18-cv-01145-LJO-JLT |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE RE DUPLICATIVE CASE** |
| v. | |
| PADRE HOTEL, LP, | |
| Defendant. | |

The Court has received and reviewed Plaintiff's response to this Court's order to show cause, as well as the first amended complaint clarifying the nature of the factual allegations in the instant case. ECF Nos. 6, 8. Based on these allegations, the Court concludes that this case is not duplicative of *Theresa Brooke v. Padre Hotel*, L.P., No. 1:17-cv-01640-LJO-JLT (E.D. Cal.). The order to show cause is discharged.

IT IS SO ORDERED.

    Dated: **September 13, 2018**       **/s/ Lawrence J. O'Neill**
                                                                 UNITED STATES CHIEF DISTRICT JUDGE